UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 25, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  2:08-mj-217 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Lenin Galeano, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Lenin Galeano   Case 2:08-mj-217 KJM  from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

    \_     Release on Personal Recognizance

    \_     Bail Posted in the Sum of _____

    X     Unsecured bond in the amount of $50,000

    \_     Appearance Bond with 10% Deposit

    \_     Appearance Bond secured by Real Property

    \_     Corporate Surety Bail Bond

    X     (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/25/08        at  2:35 p.m.

By _____

Kimberly J. Mueller,
United States Magistrate Judge