FILED
June 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:08-mj-217 KJM
        Plaintiff, )
v. )  ORDER FOR RELEASE
)  OF PERSON IN CUSTODY
Lenin Galeano, )
)
        Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Lenin Galeano  Case 2:08-mj-217 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured bond in the amount of $50,000

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/25/08  at  2:35 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge